Jerome L. Grimes, B.A., & MBA,
P.O. Box 2433
Eatonville, FL. 32751
(219) 808-0306
EMAIL REGISTERED with PACER.gov

United States District Court
Eastern District of Louisiana
Shreveport Division

RECEIVED
APR 01 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Jerome L. Grimes,
    Plaintiff,
v.
Arapahoe,
    Defendant.

Civil Complaint No.:
3:21-CV-0355

[INFORMATIONAL MOTION and APPEASEMENT]

SEE SOMETHING SAY SOMETHING

INFORMATIONAL MOTION; and APPEASEMENT OF PREVIOUS (41+) FORTY-ONE-PLUS DAYS CONTINUOUS INTIMIDATION AND IMPRISONMENT HARDSHIP TOLLING + ACCRUING, [False Imprisonment for a Civil Matter] C.C.P.C. 335.1(b) Recently Amended Stare Decisis, and Cal. Civ. Proc. Code 335.1(b) Recently Extended Statute of Limitations Suspending for coincidental Prisoner Status Litigants, pursuant 6th Amendment Rights, U.S. Constitution.

In Pro Se, Plaintiff, Jerome L. Grimes moves this Informational Motion/Appeasement to the Court because of Unforeseen [Covert Intimidations] [Circumstances] on: February 08, 2022, 11:28 p.m.), in Castle Rock, Colorado, Douglas County, but not limited to that above-mentioned date and above-mentioned County OR State.

(1 of 4)

[In-pendency Bail Bonding Covert Intimidation]
I SERVED COINCIDENTAL County Jail Time from:
February 08, 2022 — to — March accruing, 2022, in
Douglas County, Criminal Case Number: 22-CR-138
(i.e., Victimization against my person induced
illegally piece-meal [ROUSE] framed-up for Repair Shop
Loaner Vehicle [THEFT], i.e., Rental Car- "RETURN-
INTIMIDATION" Against my person That Could
Have Resulted In Fatal Police Brutality Against My
person, amounting to Unforeseen Circumstances
and Post-Rental TRANSPORTATION Vehicle TERROR Against
my person, Covert Intimidation, Pretext Deliberate
Indifferent Arrest by Castle Rock Police Officers in [TERROR INTENT]
the commission of espionage act 1979 violation against
my Coloring Book Works-of-Arts Trade Secret Copy-
Right LULL with my Registered: UPC Code/Bar Code
as Poorman Copyright Evidence.

Plaintiff situated temporarily "until" Bail Posting=
As Soon As possible, at: 4000 Justice Way, Castle Rock,
Colorado 80109, Douglas County Jail, under Prisoner #:
2022-0659. (See: Elucidate SHILLS/Inter-State TRANSPORTATION
Rental Trucks + Cars Auctioners' Graft in Pueblo Police Traffic
Incident Report, Pueblo County Case No.: 22-T-105; Douglas
County Case No.: 22-CR-138; (01/14/22)
No.: 22-000813-(01/13/22) Abandon Car Rouse to Burglarize + Auto Auction
Graft; Pueblo Police Incident Report No.: 22-001166-
Violent crime Window Broken, plundered, and (01/20/22)
Burglary Rouse to attempt Calif. Penal
code 664/187 unjustifiable.)

(2 of 4)

E11/18/1972 Suspect 73:2)-CV-0355
Kevin Patrick McCann #____; Joel Bennington #
Paul Longuevan #
[SHILLS]
Castle Rock Police Officers:

C.C.P.C. 335.1(b) and Pueblo Police Incident Report [Diesel Truck Tow Truck Covert Terrorists] Number: 22-001166 (01/20/22) Burglary Rouse Intimidation to LULL and make [Plaintiff's] my Loaner Vehicle Rental Car "Go" overdue Rental Car Theft Frame-Up Covert Terror against my Person and against my Co-heirs. Chromosome Test Appropriate discovered through [Suspect Manson] In Pro Se's Independent Investigation. (Ergo) Co-heir Arnold Grimes elucidates shill status or Look-a-Like [Suspects Manson Family] Shill Criminal Impersonator (Oil Thieves from Plaintiff's Co-heirs) (Rufus's Nephew alleged) Co-fence of the above-mention LULLING piece-meal in Pueblo County-to-Castle Rock, Colorado), (i.e.,) Intimidation of HEREIN Plaintiff's 1998 SUV Ford Expedition and trying to GRAFT automobile auction of Plaintiff's 1997 Honda Civic Coupé (LULLING Bail Posting) "also" in Pueblo, Colorado Terror Haven & Sanctuary [Mr. Shrader Railway Conductor shill Riot missing 1990 simultaneous Home Invasion of 05/30/90] (Plaintiff's Father: DECEDENT: Eula Lane Washington] [187 unjustifiable] (Father Rufus Grimes) (Plaintiff's Biological GRANDMOTHER) [Suspects Woodard Pueblo Traffic Court Narrative, Case #: 22-T-105) (719) 583-7000 Family] Tow Truck Driver Guilty, too. Co-heir Arthur Grimes elucidates shill Criminal Impersonator or eye Co-shill in LULLING in Pueblo, Colorado, Castle Rock, CO. Both I declare under the penalty of perjury, under the laws of the (USA) United States of America and its Territories (Plaintiff's Father's alleged Nephew.) that the foregoing is true and correct and the Intimidation and criminal impersonation has carried over into [Plaintiff's] my Mother's side of Plaintiff's Family: DECEDENT Lucy (Mae) Grimes' Nephew: (alleged)

(3 of 4)

3:21-CV-0355

Anthony Hardnett; [Lucy's] Nephew, Roderick Hardnett; (possible look-a-like/shill) (possible look-a-like/shill) (suspects BENTON Family) [Lucy's] Nephew, Maurice Demings, and Niece, [Lucy's] Karen Hardnett (possible look-a-like/shill) (Demings) (possible look-a-like/shill) Co-Heirs to Plaintiff's other Oil Lessor Land in Marshall, Texas (SEE: Plaintiff's Honorable Mother's/ Lucy (Mae) Grimes' "BIRTH CERTIFICATE" March 14, 1937).

This above-mentioned amounts to more than covert LULLING Bail Posting + Relationship Chromosome mitochondria/ Grandparentage Testings (i.e., Ancillary [Marshall, Texas] [Co-Plaintiff's Expensive Timed Piece-Meal Against Plaintiff Succession Conveyance Victim Rouses money, and Work In Prose); Blame The illegally utilized against Plaintiff's 9th Amendment Rights to access to courts and school Code IX Rights to Ph.D. Doctoral Education Using Blame The Victim modus operandi. Covert Terrorisms). 

[& Woman] [Blessed is the Man] who trust in You! Oh Lord of Host. An Nūr. No statute of limitations for Hiding through criminal Impersonation. (Skills) (PSALMS)

Respectfully submitted,
SEE SOMETHING SAY SOMETHING
Dated: March 26, 2022  Jerome L. Grimes
Jerome L. Grimes
In Prose, Plaintiff

(4 of 4)